Nicholas R. Kloeppel, CSB #186165
MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586
Attorneys for Defendants
SOUTHERN HUMBOLDT UNIFIED SCHOOL
DISTRICT and COLLEEN O'SULLIVAN

Elizabeth M. Peck, Esq.
PECK-LAW
1010 Fair Avenue, Suite A
Santa Cruz, CA 95060
Tel (408) 332-5792
Fax (408) 332-5793
Attorney for Plaintiff
ANN CONSTANTINO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
EUREKA DIVISION

| | |
|---|---|
| ANN CONSTANTINO,<br><br>    Plaintiff,<br><br>v.<br><br>SOUTHERN HUMBOLDT UNIFIED SCHOOL DISTRICT, a California Public Entity, CATHERINE SCOTT, an individual, COLLEEN O'SULLIVAN, an individual, and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO.: 18-CV-02249-RMI<br><br>**STIPULATION AND ORDER TO RESET CASE MANAGEMENT CONFERENCE AND DATE FOR FIRST RESPONSIVE PLEADING** |

**IT IS HEREBY STIPULATED** by and between the parties, Plaintiff ANN

CONSTANTINO ("Plaintiff") and Defendants SOUTHERN HUMBOLDT UNIFIED

SCHOOL DISTRICT and COLLEEN O'SULLIVAN ("Defendants") through their

respective attorneys as follows:

_____
**STIPULATION AND ORDER TO RESET CASE MANAGEMENT CONFERENCE AND DATE
FOR FIRST RESPONSIVE PLEADING**

1

1. The parties previously stipulated that service on all defendants would be deemed complete as of the last date of service on a defendant. That service was completed by way of a Waiver of Service of Summons on July 9, 2018.

2. The first responsive pleading by all defendants is due on or before October 7, 2018.

3. The initial Case Management Conference in this matter is scheduled for September 11, 2018, before this Court.

4. Defendants have informed plaintiff's counsel of their intention to file a Motion to Dismiss pursuant to Fed. R. Civ. P. Rule 12(b)(6). The Parties agree that the initial Case Management Conference should be held after the ruling on defendants' Motion to Dismiss.

5. Based on the foregoing, the parties respectfully request the Court vacate the Case Management Conference and all dates attendant thereto. This request is made for good cause as the parties believe it is in the best interest of the court and the parties' respective economic and personal resources, and litigation expediency to wait until *after* the parameters of the dispute of the parties are determined by the court before the initial Case Management Conference is held.

6. The Parties further request that the initial Case Management Conference be reset to November 20, 2018, at 2:00 pm in the Eureka Courthouse or any anytime thereafter which is more convenient for the Court.

7. The parties further agree, should the court wish to, that a proposed scheduling order could be issued by the court and the Case Management Conference would be taken off calendar without being reset.

///

///

///

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

**STIPULATION AND ORDER TO RESET CASE MANAGEMENT CONFERENCE AND DATE FOR FIRST RESPONSIVE PLEADING**

2

1 | IT IS SO STIPULATED AND AGREED.

2 | DATED: September 4, 2018     MITCHELL, BRISSO, DELANEY & VRIEZE, LLP

4 | By: */s/ Nicholas R. Kloeppel*
Nicholas R. Kloeppel
Attorneys for Defendants
SOUTHERN HUMBOLDT UNIFIED
SCHOOL DISTRICT and COLLEEN
O'SULLIVAN

7 | DATED: September 4, 2018     PECK-LAW

9 | By: */s/ Elizabeth M. Peck*
Elizabeth M. Peck
Attorneys for Plaintiff, ANN CONSTANTINO

### SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that I have obtained the concurrence in the filing of this document from all of the signatories for whom a signature is indicated by a "/s/" signature within this e-filed document and I have on file confirmation of this concurrence for subjection production for the court if so ordered.

DATED: September 4, 2018     MITCHELL, BRISSO, DELANEY & VRIEZE, LLP

By: */s/ Nicholas R. Kloeppel*
NICHOLAS R. KLOEPPEL
Attorneys for Defendants

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

**STIPULATION AND ORDER TO RESET CASE MANAGEMENT CONFERENCE AND DATE FOR FIRST RESPONSIVE PLEADING**

3

## **ORDER**

The above stipulation is accepted and it is so ordered. The date the first responsive pleading is due by all of the Defendants shall be on or before October 7, 2018. The Case Management Conference scheduled for September 11, 2018, shall be reset to November 20, 2018, at 2:00 pm in the Eureka Courthouse, located at 3140 Boeing Avenue, McKinleyville, CA 95519. All associated deadlines shall be similarly continued.

Dated: 9/7/2018

_____
Honorable Robert M. Illman
UNITED STATES DISTRICT COURT

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

**STIPULATION AND ORDER TO RESET CASE MANAGEMENT CONFERENCE AND DATE FOR FIRST RESPONSIVE PLEADING**

4