Nicholas R. Kloeppel, CSB #186165
MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586
Attorneys for Defendants
SOUTHERN HUMBOLDT UNIFIED SCHOOL
DISTRICT and COLLEEN O'SULLIVAN

Elizabeth M. Peck, Esq.
PECK-LAW
1010 Fair Avenue, Suite A
Santa Cruz, CA 95060
Tel (408) 332-5792
Fax (408) 332-5793
Attorney for Plaintiff
ANN CONSTANTINO

Kevin Schwin, Esq.
SCHWINLAW, PC
1220 E. Olive Avenue
Fresno, CA 93728
Tel (559) 715-2889
Fax (559) 221-6812
Attorney for Plaintiff
ANN CONSTANTINO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
EUREKA DIVISION

| | |
|---|---|
| ANN CONSTANTINO, | CASE NO.: 18-CV-02249-RMI |
| Plaintiff, | **STIPULATION AND ORDER TO RESET CASE MANAGEMENT CONFERENCE** |
| v. | |
| SOUTHERN HUMBOLDT UNIFIED SCHOOL DISTRICT, a California Public Entity, CATHERINE SCOTT, an individual, COLLEEN O'SULLIVAN, an individual, and DOES 1 through 10, inclusive, | |
| Defendants. | |

_____
**STIPULATION AND ORDER TO RESET CASE MANAGEMENT CONFERENCE**

1

**IT IS HEREBY STIPULATED** by and between the parties, Plaintiff ANN CONSTANTINO ("Plaintiff") and Defendants SOUTHERN HUMBOLDT UNIFIED SCHOOL DISTRICT and COLLEEN O'SULLIVAN ("Defendants") through their respective attorneys as follows:

1. The initial Case Management Conference in this matter is scheduled for November 20, 2018, before this Court.

2. On October 23, 2018, plaintiff filed a First Amended Complaint.

3. Defendants have informed plaintiff's counsel of their intention to file a Motion to Dismiss pursuant to Fed. R. Civ. P. Rule 12(b)(6). The Parties agree that the initial Case Management Conference should be held after the ruling on defendants' Motion to Dismiss. Defendants intend to set the hearing date on their Motion to Dismiss for December 11, 2018.

4. Based on the foregoing, the parties respectfully request the Court vacate the Case Management Conference and all dates attendant thereto. This request is made for good cause as the parties believe it is in the best interest of the court and the parties' respective economic and personal resources, and litigation expediency to wait until *after* the parameters of the dispute of the parties are determined by the court before the initial Case Management Conference is held.

5. The Parties further request that the initial Case Management Conference be reset to December 18, 2018, at 2:00 pm in the Eureka Courthouse or any anytime thereafter which is more convenient for the Court.

///
///
///
///
///

MITCHELL, BRISSO, DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

STIPULATION AND ORDER TO RESET CASE MANAGEMENT CONFERENCE

6. The parties further agree, should the court wish to, that a proposed scheduling order could be issued by the court and the Case Management Conference would be taken off calendar without being reset.

IT IS SO STIPULATED AND AGREED.

DATED: November 6, 2018     MITCHELL, BRISSO, DELANEY & VRIEZE, LLP

By: */s/ Nicholas R. Kloeppel*
    Nicholas R. Kloeppel
    Attorneys for Defendants
    SOUTHERN HUMBOLDT UNIFIED
    SCHOOL DISTRICT and COLLEEN
    O'SULLIVAN

DATED: November 6, 2018     PECK-LAW

By: */s/ Elizabeth M. Peck*
    Elizabeth M. Peck
    Attorneys for Plaintiff, ANN CONSTANTINO

DATED: November 6, 2018     SCHWINLAW, PC

By: */s/ Kevin Schwin*
    Kevin Schwin
    Attorney for Plaintiff, ANN CONSTANTINO

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

**STIPULATION AND ORDER TO RESET CASE MANAGEMENT CONFERENCE**

3

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that I have obtained the concurrence in the filing of this document from all of the signatories for whom a signature is indicated by a "/s/" signature within this e-filed document and I have on file confirmation of this concurrence for subjection production for the court if so ordered.

DATED: November 6, 2018     MITCHELL, BRISSO, DELANEY & VRIEZE, LLP

By: */s/ Nicholas R. Kloeppel*
       NICHOLAS R. KLOEPPEL
       Attorneys for Defendants

**ORDER**

The above stipulation is accepted and it is so ordered. The Case Management Conference scheduled for November 20, 2018, is VACATED to be reset, if necessary, following the resolution of the motion to dismiss. ~~shall be reset to December 18, 2018, at 2:00 pm in the Eureka Courthouse, located at 3140 Boeing Avenue, McKinleyville, CA 95519.~~ All associated deadlines shall be similarly continued.

Dated: November 13, 2018     _____
                                                    Honorable Robert M. Illman
                                                    UNITED STATES DISTRICT COURT

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

**STIPULATION AND ORDER TO RESET CASE MANAGEMENT CONFERENCE**

4